

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

THOMAS JEFFERSON ATKINS, IV,

Defendant.

_____/

Case: 4:26-cr-20442
Assigned To : Behm, F. Kay
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 7/15/2026
Description: IND USA V. ATKINS (tt)

Violations:
18 U.S.C. § 922(g)(1)
21 U.S.C. § 841(a)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### 18 U.S.C. § 922(g)(1)
#### *Felon in Possession of a Firearm*

On or about May 21, 2026, in the Eastern District of Michigan, Thomas Jefferson Atkins, IV, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, specifically a Walther, model CCP, 9mm caliber pistol in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO
21 U.S.C. § 841(a)(1), (b)(1)(C)
*Distribution of a Controlled Substance*

On or about May 21, 2026, in the Eastern District of Michigan, Thomas Jefferson Atkins, IV, knowingly and intentionally distributed cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about June 8, 2026, in the Eastern District of Michigan, Thomas Jefferson Atkins, IV, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, specifically a HS Produkt, model XD 9, 9mm caliber pistol in violation of Title 18, United States Code, Section 922(g)(1).

2

## COUNT FOUR
21 U.S.C. § 841(a)(1), (b)(1)(C)
*Distribution of a Controlled Substance*

On or about June 8, 2026, in the Eastern District of Michigan, Thomas Jefferson Atkins, IV, knowingly and intentionally distributed cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about June 17, 2026, in the Eastern District of Michigan, Thomas Jefferson Atkins, IV, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, specifically a CZ, model P-10 C, 9mm caliber pistol in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION- FIREARMS AND AMMUNITION
(18 U.S.C. § 924(d)(1))

The allegations contained in Counts One, Three, and Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

3

Upon conviction of an offense charged in Counts One, Three, or Five, Thomas Jefferson Atkins, IV, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) any firearm or ammunition involved in said offense.

**THIS IS A TRUE BILL.**

JEROME F. GORGON JR.
United States Attorney

s/GRAND JURY FOREPERSON

s/CHRISTOPHER RAWSTHORNE
Christopher Rawsthorne
Assistant United States Attorney
Deputy Chief, Branch Offices

s/JULES M. DePORRE
Jules M. DePorre
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502
Telephone number: (810) 766-5177
Jules.DePorre@usdoj.gov
P73999

Dated: July 15, 2026

**Companion Case information MUST be completed by A**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Co** |
|---|---|

Case: 4:26-cr-20442
Assigned To : Behm, F. Kay
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 7/15/2026
Description: IND USA V. ATKINS (tt)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes      ☑ No | **AUSA's Initials:** |

Case Title: USA v. <u>Thomas Jefferson Atkins, IV</u>

County where offense occurred : <u>Genesee</u>

Check One:      ☑ Felony            ☐ Misdemeanor            ☐ Petty

_____Indictment/_____Information --- **no** prior complaint.
__X__Indictment/_____Information --- based upon prior complaint [**Case number:** <u>26-mj-30335</u> ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____      Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

07/15/2026
_____
Date

Jules M. DePorre
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone:  (810) 766-5177
Email: Jules.DePorre@usdoj.gov
P73999

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013